UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.:  1:22-CV-22917-KMW

JAMES WATSON,

      Plaintiff,

v.

LEMONGRASS RPP LLC.,
d/b/a Lemongrass Asian Bistro

      Defendant.

_____/

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, JAMES WATSON and Defendant, LEMONGRASS RPP LLC., d/b/a Lemongrass Asian Bistro, by and through their respective counsel, hereby stipulate to the dismissal of this action against named Defendant with prejudice with each party is to bear its own costs and attorney's fees.

Respectfully submitted this January 4, 2024.

By: */s/ J. Courtney Cunningham*
J. Courtney Cunningham, Esq.
FBN: 628166
**J. COURTNEY CUNNINGHAM, PLLC**
8950 SW 74th Court, Suite 2201
Miami, Florida 33156
T: 305-351-2014
cc@cunninghampllc.com
legal@cunninghampllc.com

*Counsel for Plaintiff*

By: */s/ Chris Kleppin*
Chris Kleppin, Esq.
Fla. Bar No. 625485
**The Kleppin Firm, P.A.**
8751 W. Broward Blvd., Suite 105
Plantation, FL 33324
T: (954) 424-1933
F: (954) 474-7405
chris@kleppinlaw.com

*Counsel for Defendant*

**Page 1 of 2**

**Watson v. Lemongrass**
**Case No. 22-cv-22917-KMW**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 4, 2024, an electronic copy of the foregoing document was filed with the Clerk of Court using the CM/ECF system which will send notice of electronic filing to all parties and Counsel of record.

By: */s/ J. Courtney Cunningham*
J. Courtney Cunningham, Esq.
FBN: 628166
J. COURTNEY CUNNINGHAM, PLLC
8950 SW 74th Court, Suite 2201
Miami, Florida 33156
T:  305-351-2014
cc@cunninghampllc.com
legal@cunninghampllc.com

*Counsel for Plaintiff*